# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1177
_____

SAMUEL KEITH CARPENTER,

Appellant,

v.

DEREK NEWMAN and MELISSA
NEWMAN,

Appellees.

_____


On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

September 30, 2022


PER CURIAM.

DISMISSED.

B.L. THOMAS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kevin S. Sanders of Kevin S. Sanders, LLC, Jacksonville, for Appellant.

No appearance for Appellees.